UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BLEDI GJERGJI

        Plaintiff,               Case No. 20-cv-12259

v                                     Hon. Sean F. Cox

EVANSTON INSURANCE COMPANY,
and MARKEL SERVICE, INCORPORATED,

        Defendants.

| TIM SULOLLI (P58798) | KIMBERLY J. RUPPEL P55138 |
|---|---|
| RONITA BAHRI (P79214) | BRANDON L. DeBUS P81159 |
| GOODMAN ACKER, P.C. | MATTHEW J. KEANE P83768 |
| Attorneys for Plaintiff | DICKINSON WRIGHT, PLLC |
| 17000 W. 10 Mile Road | Attorneys for Defendants |
| Southfield, MI 48075 | 2600 W. Big Beaver, #300 |
| (248) 483-5000 | Troy, MI 48084 |
|  | (248) 433-7200 |
|  | kruppel@dickinsonwright.com |
|  | bdebus@dickinsonwright.com |

## Proof of Service

The undersigned certifies that on October 27, 2020, the foregoing document(s) were filed with the Clerk of the Court using the Electronic Filing System which will send notification of such filing to all attorneys of record.

                                                      /s/ Tammy Burgett
                                                       Tammy Burgett