UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BLEDI GJERGJI

        Plaintiff,                    Case No. 20-cv-12259
v                                         Hon. Sean F. Cox

EVANSTON INSURANCE COMPANY,

        Defendants.

_____

| TIM SULOLLI (P58798) | KIMBERLY J. RUPPEL  P55138 |
|---|---|
| RONITA BAHRI (P79214) | BRANDON L. DeBUS  P81159 |
| GOODMAN ACKER, P.C. | MATTHEW J. KEANE  P83768 |
| Attorneys for Plaintiff | DICKINSON WRIGHT, PLLC |
| 17000 W. 10 Mile Road | Attorneys for Defendants |
| Southfield, MI  48075 | 2600 W. Big Beaver, #300 |
| (248) 483-5000 | Troy, MI  48084 |
| | (248)  433-7200 |
| | kruppel@dickinsonwright.com |
| | bdebus@dickinsonwright.com |

_____

### **PLAINTIFF'S  JURY DEMAND**

NOW COMES Plaintiff, BLEDI GJERGJI, by and through his attorneys, GOODMAN ACKER, P.C, and hereby files his demand for a trial by jury in the above captioned cause of action.

                                               Respectfully submitted,

                                               GOODMAN ACKER, P.C.

                                               /s/ Tim Sulolli
                                             TIM SULOLLI P58798
                                             RONITA BAHRI P79214
                                             Attorneys for the Plaintiff
                                             17000 W. Ten Mile, 2nd Floor
                                             Southfield, Michigan 48075

Dated:  March 18, 2021

2

**Proof of Service**

I hereby certify that on March 18, 2021, I electronically filed the foregoing papers with the Clerk of the Court using the Electronic Filing System which will send notification of such filing to all attorneys of record.

    /s/ Terri Blick
    Terri Blick